FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-1938

_____

LARRY MORRIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

September 17, 2021

PER CURIAM.

AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Larry Morris, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.